STATE *ex rel.* SOVEREIGN CAMP, WOODMEN OF THE WORLD, v. HALIFAX HOSPITAL DISTRICT, *et al.*

150 So. 517.
Opinion Filed October 3, 1933.

*Giles J. Patterson,* for Relator.
*Horace D. Reigle,* for Respondents.

PER CURIAM.—Upon the authority of the opinion and orders made in the case of State of Florida, *ex rel.* T. V. Buckwalter, *et al.,* v. City of Lakeland, *et al.,* this day filed

in this Court, the demurrer and motion to quash the alternative writ of mandamus herein are severally denied, and the demurrer to the answer of the respondents to such alternative writ of mandamus herein, is sustained, with leave to the respondents to within ten days plead further if so advised.

It is so ordered.

DAVIS, C. J., and WHITFIELD, and TERRELL, J. J., concur.

ELLIS and BROWN, J. J., dissent.

BUFORD, J., disqualified.